UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARINDER KAUR,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:18-cv-00933 AC<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff filed a complaint April 16, 2018. ECF No. 1. On April 18, 2018, a scheduling order was issued in this case ordering the plaintiff, who is appearing pro se, to serve a copy of the scheduling order and complete service of process within 21 days of filing the complaint. ECF No. 3 at 2. Plaintiff was directed to file a certificate reflecting service within 10 days after completing service of process. Id. The respective deadlines have passed, and no certificate of service has been filed.

Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is Ordered to Show Cause, in writing no later than July 10, 2018, why this action should not be dismissed for failure to prosecute;

2. Plaintiff's filing of a proof of service upon defendant will be deemed good cause shown; and

3. If plaintiff fails to comply with this order, the case will be dismissed.

DATED: June 26, 2018.

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE