**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**BARINDER KAUR**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| BARINDER KAUR, | No.   2:18-CV-00933-AC |
| Plaintiff, | |
| | STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| NANCY BERRYHILL, Deputy Commissioner, of SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to January 4, 2019.

　　　This is a first extension, though after the initial due date, based on counsel's having multiple briefs due at approximately the same time, as well as other work.

[Pleading Title] - 1

Dated:   December 18, 2018                                     /s/   *Jesse S. Kaplan*
                                                               JESSE S. KAPLAN
                                                               Attorney for Plaintiff


                                                               McGREGOR SCOTT
                                                               United States Attorney
                                                               DEBORAH LEE STACHEL
                                                               Regional Counsel, Region IX
                                                               Social Security Administration

Dated:  December 18, 2018                                       */s/ per e-mail authorization*

                                                               BEN A. PORTER
                                                               Special Assistant U.S. Attorney
                                                               Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to January 4, 2019.

SO ORDERED.

Dated: December 19, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE