MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL CA. Bar No. 230138
Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER, WA. Bar No. 14195
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8979
    Facsimile: (415) 744-0134
    E-Mail: Ben.Porter@ssa.gov
    Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| BARINDER KAUR,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:18-cv-00933-AC<br><br>STIPULATION AND <s>PROPOSED</s> ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their counsel of record, that the time for Defendant to file her Cross-Motion for Summary Judgment and Memorandum in Support of Defendant's Cross-Motion be extended thirty (30) days from February 19, 2019, to March 21, 2019. This is Defendant's first request for an extension of time. Defendant respectfully requests this additional time because Defendant's counsel is undergoing a surgical procedure to his right hand.

The parties further stipulate that the Court's scheduling Order be modified accordingly.

Dated: January 23, 2019  /s/ *Jesse S. Kaplan*
(*as authorized via e-mail on January 23, 2019)
JESSE S. KAPLAN
Attorney for Plaintiff

Dated: January 23, 2019  Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Ben A. Porter*
BEN A PORTER
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: January 23, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE