**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**BARINDER KAUR**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **BARINDER KAUR,** | No.   2:18-CV-00933-AC |
| **Plaintiff,** | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF/RESPONSE TO RENEWED MOTION TO DISMISS** |
| v. | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to April 29, 2019.

This is a first extension, taking the due-date from April 10 to April 29, 2019, because of plaintiff's counsel being on vacation from now till immediately before the present due-date and then being burdened with considerable work including other federal court briefs.

[Pleading Title] - 1

Dated: March 28, 2019 /s/ *Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff


McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated: March 28, 2019 */s/ per e-mail authorization*
BEN A. PORTER
Special Assistant U.S. Attorney
Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is extended to April 29, 2019.

SO ORDERED.

DATED: March 28, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE